UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ALI, SYED WAJID § Case No. 12-31981
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-31981 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | ALI, SYED WAJID | | | Date Filed (f) or Converted (c): | 08/13/12 (f) |
| | | | | 341(a) Meeting Date: | 10/05/12 |
| For Period Ending: 05/27/14 | | | | Claims Bar Date: | 05/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Surrendering: 318 Hiddenbrook Lane, Willowbrook La | 375,000.00 | 46,978.00 | | 430,001.00 | FA |
| 2. Surrendering: 1527 South Halsted Street, Unit 103, | 219,872.00 | 0.00 | | 0.00 | FA |
| 3. Homestead: 127 Acacia Circle, Unit 408 La Grange, | 198,822.00 | 16,437.00 | | 0.00 | FA |
| 4. Checking Account: | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furnishings | 450.00 | 0.00 | | 0.00 | FA |
| 6. Personal Used Clothing | 340.00 | 0.00 | | 0.00 | FA |
| 7. Pension (estimated value) | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. PIF 2005 Lexus RX 330 | 5,300.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Lexus LX 470 | 20,325.00 | 584.00 | | 0.00 | FA |
| 10. 2nd Checking Account | 100.00 | 85.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $920,809.00 | $64,084.00 | | $430,001.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/13     Current Projected Date of Final Report (TFR): 11/30/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                           Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-31981 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | ALI, SYED WAJID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3125 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2648 | | | |
| For Period Ending: | 05/27/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/13 | 1 | First American Title Insurance Company | Sale of Real Estate | | 48,172.19 | | 48,172.19 |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount: 430,001.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | WELLS FARGO BANK | Memo Amount: ( 347,570.55 ) | 4110-000 | | | |
| | | | Mortgage Pay-Off | | | | |
| | | RE/MAX ACTION | Memo Amount: ( 21,500.05 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount: ( 6,957.40 ) | 2820-000 | | | |
| | | | Real Estate Taxes 1/1/12-12/31/12 | | | | |
| | | DUPAGE COUNTY TREASUER | Memo Amount: ( 2,192.06 ) | 2820-000 | | | |
| | | | Real Estate Taxes 1/1/13-4/25/13 | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 2,023.00 ) | 2500-000 | | | |
| | | | Title Insurance Policy | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 645.75 ) | 2500-000 | | | |
| | | | State and County Transfer Stamps | | | | |
| | | LAUTERBACH, DIRK | Memo Amount: ( 400.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | GOTTLIEB, JEFFREY | Memo Amount: ( 500.00 ) | 3210-000 | | | |
| | | | Special Counsel Fees | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 40.00 ) | 2500-000 | | | |
| | | | Recording Charges | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.57 | 48,130.62 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.24 | 48,061.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 47,989.92 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.35 | 47,918.57 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.95 | 47,849.62 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.14 | 47,778.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.74 | 47,709.74 |

Page Subtotals  48,172.19  462.45

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-31981 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | ALI, SYED WAJID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3125 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2648 | | | |
| For Period Ending: | 05/27/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.93 | 47,638.81 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.83 | 47,567.98 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.88 | 47,504.10 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 11.47 | 47,492.63 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.62 | 47,422.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.24 | 47,353.77 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 430,001.00 | COLUMN TOTALS | 48,172.19 | 818.42 | 47,353.77 |
| Memo Allocation Disbursements: | 381,828.81 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 48,172.19 | 818.42 | |
| Memo Allocation Net: | 48,172.19 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 48,172.19 | 818.42 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 430,001.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 381,828.81 | Checking Account (Non-Interest Earn - *******3125 | 48,172.19 | 818.42 | 47,353.77 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 48,172.19 | | 48,172.19 | 818.42 | 47,353.77 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        355.97

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.05d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 27, 2014 |

Case Number: 12-31981  
Debtor Name: ALI, SYED WAJID

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $4,995.00 | $0.00 | $4,995.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL  60601 | Administrative | | $1,008.00 | $0.00 | $1,008.00 |
| | Subtotal for Class Administrative | | | $6,003.00 | $0.00 | $6,003.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $462.83 | $0.00 | $462.83 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $26,021.95 | $0.00 | $26,021.95 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $1,047.83 | $0.00 | $1,047.83 |
| 000004<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $237.07 | $0.00 | $237.07 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $3,452.56 | $0.00 | $3,452.56 |
| | Subtotal for Class Unsecured | | | $31,222.24 | $0.00 | $31,222.24 |
| | Case Totals: | | | $37,225.24 | $0.00 | $37,225.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-31981
Case Name: ALI, SYED WAJID
Trustee Name: Phillip D. Levey

      Balance on hand       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | Capital Recovery V, LLC | $ | $ | $ |
| 000005 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE