## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
ALI, SYED WAJID                         §    Case No. 12-31981
                                        §
         Debtor(s)                      §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/10/2014 in Courtroom 680,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: Jeffrey P. Allsteadt_____
                                                 Clerk of The United States Bankruptcy
                                                                  Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| ALI, SYED WAJID | § | Case No. 12-31981 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 430,001.00 |
| and approved disbursements of | $ | 382,647.23 |
| leaving a balance on hand of[1] | $ | 47,353.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Phillip D. Levey | $ 24,750.05 | $ 0.00 | $ 24,750.05 |
| Trustee Expenses: Phillip D. Levey | $ 91.32 | $ 0.00 | $ 91.32 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 4,995.00 | $ 0.00 | $ 4,995.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,008.00 | $ 0.00 | $ 1,008.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 30,844.37 |
| Remaining Balance | $ | 16,509.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,222.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank | $ 462.83 | $ 0.00 | $ 244.73 |
| 000002 | Capital One Bank (USA), N.A. | $ 26,021.95 | $ 0.00 | $ 13,759.64 |
| 000003 | FIA CARD SERVICES, N.A. | $ 1,047.83 | $ 0.00 | $ 554.06 |
| 000004 | Capital Recovery V, LLC | $ 237.07 | $ 0.00 | $ 125.36 |
| 000005 | eCAST Settlement Corporation, assignee | $ 3,452.56 | $ 0.00 | $ 1,825.61 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,509.40 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey_____
                                        Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 12-31981-JPC
Syed Wajid Ali                                                  Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 2         Date Rcvd: Jun 13, 2014
                              Form ID: pdf006             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2014.
```
db           +Syed Wajid Ali,    127 Acacia Circle, Unit 408,    La Grange, IL 60525-9051
19307244     +Associates in Medical Oncology SC`,    4400 West 95th Street, Suite 311,    Oak Lawn, IL 60453-3302
19307245    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19307251    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
20048454      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19307246     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19307247     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
19307248     +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19307249     +Codilis & Associates, PC,    15W030 North Frontage Road,    Willowbrook, IL 60527-6921
20205996      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19307252     +Fifteenth & Halsted South Bldg Cond,    C/O Pheonix Rising Management Group,
              946 West Randolph #200,    Chicago, IL 60607-2239
19307253     +Franklin Collection Sv,    2978 W Jackson St,    Tupelo, MS 38801-6731
19307256     +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
19307257    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
19307258      Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
20430078      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20374237      E-mail/PDF: rmscedi@recoverycorp.com Jun 14 2014 00:14:39      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19994159      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2014 00:14:42      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19307250     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2014 00:14:42      Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19307254     +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2014 00:15:09      Gemb/walmart,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
19307255     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2014 00:09:56       Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19307259*     Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2014 at the address(es) listed below:
```
              Jessica Bentz    on behalf of Debtor Syed Wajid Ali jholguin@bentzholguinlaw.com,
               aholguin@bentzholguinlaw.com;bentzlaw@gmail.com
              Jose G Moreno    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2              Date Rcvd: Jun 13, 2014
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    on behalf of Attorney Phillip D Levey levey47@hotmail.com, plevey@ecf.epiqsystems.com
                                                                                                                                                      TOTAL: 6