# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
ALI, SYED WAJID                                 §        Case No. 12-31981
                                                §
                    Debtor(s)                   §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey _____

                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | Fifteenth & Halsted South Bldg Cond C/O Pheonix Rising Management Group 946 West Randolph #200 Chicago, IL 60607 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | | | | |
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Des Moines, IA 50306 | | | | | |
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Des Moines, IA 50306 | | | | | |
| | WELLS FARGO BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FIRST AMERICAN TITLE | | | | | |
| FIRST AMERICAN TITLE | | | | | |
| FIRST AMERICAN TITLE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAUTERBACH, DIRK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| DUPAGE COUNTY TREASUER | | | | | |
| DUPAGE COUNTY TREASURER | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| GOTTLIEB, JEFFREY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD. | | | | | |
| RE/MAX ACTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates in Medical Oncology SC` 4400 West 95th Street, Suite 311 Oak Lawn, IL 60453 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Franklin Collection Sv 2978 W Jackson St Tupelo, MS 38801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Sears PO Box 6282 Sioux Falls, SD 57117 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-31981 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|

Case Name:   ALI, SYED WAJID

For Period Ending: 08/25/14

Trustee Name:   Phillip D. Levey

Date Filed (f) or Converted (c):   08/13/12 (f)

341(a) Meeting Date:   10/05/12

Claims Bar Date:   05/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Surrendering: 318 Hiddenbrook Lane, Willowbrook La | 375,000.00 | 46,978.00 | | 430,001.00 | FA |
| 2. Surrendering: 1527 South Halsted Street, Unit 103, | 219,872.00 | 0.00 | | 0.00 | FA |
| 3. Homestead: 127 Acacia Circle, Unit 408 La Grange, | 198,822.00 | 16,437.00 | | 0.00 | FA |
| 4. Checking Account: | 600.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furnishings | 450.00 | 0.00 | | 0.00 | FA |
| 6. Personal Used Clothing | 340.00 | 0.00 | | 0.00 | FA |
| 7. Pension (estimated value) | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. PIF 2005 Lexus RX 330 | 5,300.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Lexus LX 470 | 20,325.00 | 584.00 | | 0.00 | FA |
| 10. 2nd Checking Account | 100.00 | 85.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $920,809.00          $64,084.00                    $430,001.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/13          Current Projected Date of Final Report (TFR): 11/30/13

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  12-31981 -JPC
Case Name:  ALI, SYED WAJID

Taxpayer ID No:  *******2648
For Period Ending:  08/25/14

Trustee Name:  Phillip D. Levey
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******3125  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/13 | 1 | First American Title Insurance Company | Sale of Real Estate | | 48,172.19 | | 48,172.19 |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:        430,001.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | WELLS FARGO BANK | Memo Amount:      (    347,570.55 ) | 4110-000 | | | |
| | | | Mortgage Pay-Off | | | | |
| | | RE/MAX ACTION | Memo Amount:      (     21,500.05 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount:      (      6,957.40 ) | 2820-000 | | | |
| | | | Real Estate Taxes 1/1/12-12/31/12 | | | | |
| | | DUPAGE COUNTY TREASUER | Memo Amount:      (      2,192.06 ) | 2820-000 | | | |
| | | | Real Estate Taxes 1/1/13-4/25/13 | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:      (      2,023.00 ) | 2500-000 | | | |
| | | | Title Insurance Policy | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:      (        645.75 ) | 2500-000 | | | |
| | | | State and County Transfer Stamps | | | | |
| | | LAUTERBACH, DIRK | Memo Amount:      (        400.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | GOTTLIEB, JEFFREY | Memo Amount:      (        500.00 ) | 3210-000 | | | |
| | | | Special Counsel Fees | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:      (         40.00 ) | 2500-000 | | | |
| | | | Recording Charges | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.57 | 48,130.62 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.24 | 48,061.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 47,989.92 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.35 | 47,918.57 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.95 | 47,849.62 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.14 | 47,778.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.74 | 47,709.74 |

Page Subtotals        48,172.19        462.45

Ver: 18.00b

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-31981 -JPC
Case Name: ALI, SYED WAJID

Taxpayer ID No: *******2648
For Period Ending: 08/25/14

Trustee Name: Phillip D. Levey
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3125 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.93 | 47,638.81 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.83 | 47,567.98 |
| 03/07/14 | 010001 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.88 | 47,504.10 |
| 04/01/14 | 010001 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 11.47 | 47,492.63 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.62 | 47,422.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.24 | 47,353.77 |
| 07/14/14 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 24,750.05 | 22,603.72 |
| 07/14/14 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 91.32 | 22,512.40 |
| 07/14/14 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,995.00 | 17,517.40 |
| 07/14/14 | 010005 | Popowcer Katten, Ltd. 35 East Wacker Drive Suite 1550 Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,008.00 | 16,509.40 |
| 07/14/14 | 010006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 52.87687% | 7100-900 | | 244.73 | 16,264.67 |
| 07/14/14 | 010007 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 52.87705% | 7100-000 | | 13,759.64 | 2,505.03 |
| 07/14/14 | 010008 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 | Claim 000003, Payment 52.87690% | 7100-900 | | 554.06 | 1,950.97 |

Page Subtotals 0.00 45,758.77

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page:    3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31981  -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | ALI, SYED WAJID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3125  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2648 | | |
| For Period Ending: | 08/25/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/14/14 | 010009 | Greensboro, NC 27410 Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000004, Payment 52.87890% (4-1) WALMART | 7100-900 | | 125.36 | 1,825.61 |
| 07/14/14 | 010010 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000005, Payment 52.87700% (5-1) CREDIT CARD DEBT | 7100-900 | | 1,825.61 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 430,001.00 | COLUMN TOTALS | 48,172.19 | 48,172.19 | 0.00 |
| Memo Allocation Disbursements: | 381,828.81 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 48,172.19 | 48,172.19 | |
| Memo Allocation Net: | 48,172.19 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 48,172.19 | 48,172.19 | |

| | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Total Allocation Receipts: | 430,001.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Total Allocation Disbursements: | 381,828.81 | Checking Account (Non-Interest Earn - *******3125 | 48,172.19 | 48,172.19 | 0.00 |
| Total Memo Allocation Net: | 48,172.19 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 48,172.19 | 48,172.19 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,950.97

Ver: 18.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*